United States District Court
Southern District of Texas
**ENTERED**
March 25, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ANNA SEBALLOS, | § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. 4:21-CV-00077 |
| WILLIAM MARSH RICE UNIVERSITY, | § § | |
| Defendant. | § § | |

## **ORDER**

Pending before the Court is Defendant William Marsh Rice University's First MOTION to Dismiss *Plaintiff's First Amended Class Action Complaint*. (Dkt. 20). The Court finds that the issues raised in this case are similar to issues raised in a case on appeal. Accordingly, the Court finds that to conserve judicial resources of both the Court and the parties it is appropriate to stay this case until a decision has been made by the Fifth Circuit in *King v. Baylor Univ.*, 21-50352. The Court is of the opinion that good cause exists; therefore, it is hereby **ORDERED** that the case is **STAYED** and **ADMINISTRATIVELY CLOSED** until the Fifth Circuit reaches a decision in *King*.

SIGNED at Houston, Texas this 25th day of March, 2022.

*George C. Hanks Jr.*
_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE